IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDY NEKUDA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BELLEVUE; RUSTY HIKE, Mayor; JIM RISTOW; JOEY BOCKMAN; and CROW LAWN CARE,<br><br>Defendants. | 8:24CV315<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice signed by counsel for all parties. Filing 42. The parties stipulate that this matter, including Plaintiff's claims against Defendants, is dismissed with prejudice, with each party to pay its own costs and attorney fees incurred in this matter. Filing 42 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 42, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney fees incurred in this matter.

Dated this 16th day of October, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1